IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01891-KAS

SOPHIA CORNELL,

     Plaintiff,

v.

CUSTOMS AND BORDER PROTECTION,

     Defendant.

_____

**MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **August 3, 2026**, at **10:30 a.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C.COLO.LCivR 16.1 and 16.2. The purpose of the preliminary Scheduling Conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. The form of a proposed Scheduling Order is attached for reference, **but need not be completed prior to the Scheduling Conference**.

     Dated:  May 7, 2026