**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| SOPHIA CORNELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. CUSTOMS & BORDER PROTECTION,<br><br>　　　　　Defendant. | Case No. 26-cv-1891 |

## <u>CERTIFICATE OF SERVICE</u>

Plaintiff hereby certifies that on May 11, 2026, copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipt attached):

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Ave NW
Washington, DC 20229

Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Plaintiff hereby certifies that on May 12, 2026, copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipt attached):

1

U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

Dated: May 27, 2026

By: /s/ Emily Burns

Emily Burns
The Melo Law Firm
ME Bar # 011497
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (518) 423-8227
emily@themelolawfirm.com

2

# Electronic Delivery Confirmation™

---



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
May 06 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 7
11923275
Commercial



endicia®

063S0011485641

**USPS CERTIFIED MAIL**

**9402 8118 9876 5524 2918 72**

US Attorneys Office
1801 CALIFORNIA ST STE 1600
DENVER CO 80202-2628

---

| | |
|---|---|
| Reference | Cornell Complaint |
| USPS # | 9402811898765524291872 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 8:46 am on May 12, 2026 in DENVER, CO 80202. |
| USPS History | Delivered, Front Desk/Reception/Mail Room, DENVER, CO 80202, May 12, 2026, 8:46 am |
| | Out for Delivery, DENVER, CO 80202, May 12, 2026, 6:41 am |
| | Arrived at Post Office, DENVER, CO 80202, May 12, 2026, 6:30 am |
| | Arrived at USPS Facility, DENVER, CO 80202, May 12, 2026, 5:33 am |
| | Departed USPS Facility, DENVER CO DISTRIBUTION CENTER, May 12, 2026, 4:43 am |
| | Arrived at USPS Facility, DENVER CO DISTRIBUTION CENTER, May 11, 2026, 11:10 pm |
| | Arrived at USPS Facility, JACKSONVILLE FL DISTRIBUTION CENTER, May 9, 2026, 4:26 am |
| | Departed USPS Facility, WEST PALM BEACH FL DISTRIBUTION CENTER, May 8, 2026, 11:41 pm |
| | Arrived at USPS Facility, WEST PALM BEACH FL DISTRIBUTION CENTER, May 8, 2026, 2:23 pm |
| | Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, May 7, 2026, 10:24 am |
| | USPS in possession of item, WAKE FOREST, NC 27587, May 6, 2026, 10:54 am |
| | Shipping Label Created, RALEIGH, NC 27616, May 6, 2026, 8:54 am |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/13/2026 (UTC)**

# Electronic Delivery Confirmation™

---



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**US POSTAGE AND FEES PAID**
**PRIORITY MAIL IMI**
May 06 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0010282489

**USPS CERTIFIED MAIL**

9402 8118 9876 5524 2912 16

U.S. Customs and Border Protection
Office of Chief Counsel
1300 PENNSYLVANIA AVE NW
WASHINGTON DC 20229-0002

---

| | |
|---|---|
| Reference | Cornell Complaint |
| USPS # | 9402811898765524291216 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 10:12 am on May 11, 2026 in WASHINGTON, DC 20229. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20229, May 11, 2026, 10:12 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20229, May 9, 2026, 11:06 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 9, 2026, 7:31 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 9, 2026, 2:55 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 3:45 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 12:54 pm |
| | In Transit to Next Facility, May 8, 2026, 12:30 pm |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 12:13 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 8:49 am |
| | In Transit to Next Facility, May 8, 2026, 8:22 am |
| | In Transit to Next Facility, May 8, 2026, 3:48 am |
| | Departed USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, May 8, 2026, 1:18 am |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/13/2026 (UTC)**

Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, May 7, 2026, 10:22 am

USPS in possession of item, WAKE FOREST, NC 27587, May 6, 2026, 10:54 am

Shipping Label Created, RALEIGH, NC 27616, May 6, 2026, 8:52 am

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**

Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.

Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.

**Date Verified: 05/13/2026 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
**PRIORITY MAIL IMI**
May 06 2026
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0011485629



**USPS CERTIFIED MAIL**

9402 6118 9876 5524 2967 05

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | Cornell Complaint |
| USPS # | 9402611898765524296705 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:35 am on May 11, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, May 11, 2026, 4:35 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, May 9, 2026, 11:08 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 9, 2026, 10:35 am |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 9, 2026, 2:55 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 3:48 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 12:54 pm |
| | In Transit to Next Facility, May 8, 2026, 12:30 pm |
| | Departed USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 12:13 pm |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 8, 2026, 8:49 am |
| | In Transit to Next Facility, May 8, 2026, 8:22 am |
| | In Transit to Next Facility, May 8, 2026, 3:48 am |
| | Departed USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, May 8, 2026, 1:18 am |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/11/2026 (UTC)**

Arrived at USPS Facility, GREENSBORO NC DISTRIBUTION CENTER, May 7, 2026, 10:23 am

USPS in possession of item, WAKE FOREST, NC 27587, May 6, 2026, 10:54 am

Shipping Label Created, RALEIGH, NC 27616, May 6, 2026, 8:47 am

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**

Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.

Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.

**Date Verified: 05/11/2026 (UTC)**