**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01891-KAS

SOPHIA CORNELL,

      Plaintiff,

v.

U.S. Customs and Border Protection,

      Defendants,

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant U.S. Customs and Border Protection.

Dated: June 3, 2026

                    Respectfully submitted,

                    PETER MCNEILLY
                    United States Attorney

                    s/ Winnie D. Wu
                    ***Winnie D. Wu***
                    Assistant United States Attorney
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Email: Winnie.Wu@usdoj.gov

                    *Counsel for Respondents*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.


_s/    Winnie D. Wu_
U.S. Attorney's Office

2