**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01891-KAS

Sophia Cornell,

Plaintiff(s),
v.

Customs and Border Protection,

Defendant(s).

ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

Sophia Cornell

DATED at Raleigh, North Carolina, the 12th day of June, 2026.

By: /s/ *Daniel Melo*
Daniel Melo

The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
(919) 348-9213
dan@themelolawfirm.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.


*s/     Daniel Melo*