**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01891-DDD-KAS

SOPHIA CORNELL

      Plaintiff(s),

v.

U.S. CUSTOMS & BORDER PROTECTION,

      Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT AUGUST 3, 2026, PRELIMINARY SCHEDULING CONFERENCE**

---

Plaintiff Sophia Cornell, by and through undersigned counsel Emily Burns of the Melo Law Firm, PLLC, respectfully requests permission from the Court to allow counsel to appear telephonically at the August 3, 2026, Preliminary Scheduling Conference, and in support thereof states as follows:

1. Per local rule D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with opposing counsel in good faith regarding this motion. Defendant's counsel does not oppose this Motion and asks to also appear telephonically if this Court grants Plaintiff's motion.

2. Plaintiff's counsel, Emily Burns, resides in the state of Maine and requests to be allowed to appear telephonically for the August 3, 2026, Preliminary Scheduling Conference to save the time and expense of travel to Colorado.

3.  Ms. Burns will be fully able to participate meaningfully in the Preliminary

Scheduling Conference by telephone, and such appearance will not prejudice

any party or impede the efficient administration of the Preliminary Scheduling

Conference.

WHEREFORE, Plaintiff, Sophia Cornell, requests that this Court grant this Motion and

allow Ms. Burns to participate in the Preliminary Scheduling Conference telephonically.

Dated at  Winslow, Maine, this 28th day of July, 2026.

By: /s/ Emily Burns

Emily Burns
The Melo Law Firm
ME Bar # 011497
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (518) 423-8227
emily@themelolawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 28, 2026**, I electronically filed the foregoing with the
Clerk of Court using the CM/ECF system which will send notification of such filing to
counsel of record.

/s/ Emily Burns
Emily Burns
The Melo Law Firm
ME Bar # 011497
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (518) 423-8227
emily@themelolawfirm.com

2