IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01891-DDD-KAS

SOPHIA CORNELL,

      Plaintiff,

v.

CUSTOMS AND BORDER PROTECTION,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Appear Telephonically at August 3, 2026 Preliminary Scheduling Conference** [#18] (the "Motion"). For good cause shown,

      IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Plaintiffs' counsel may appear at the August 3, 2026 Scheduling Conference by VTC. Counsel shall utilize the following meeting instructions:

      For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

      https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

      **Note: Use the default of "Continue with browser" to join the meeting.**

      IT IS FURTHER **ORDERED** that Plaintiffs shall comply with the undersigned's practice standards for future requests to appear remotely. *See* D.C.COLO.MJ III(3).

      Dated: July 28, 2026