IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 26-cv-01891-DDD-KAS                    Date: August 3, 2026
Courtroom Deputy: Meghan Smotts                  FTR – Courtroom A501

| *Parties:* | *Counsel:* |
|---|---|
| SOPHIA CORNELL, | Emily Ann Burns |
| Plaintiff, | |
| v. | |
| CUSTOMS AND BORDER PROTECTION, | Winnie Wu |
| Defendant. | |

---

**COURTROOM MINUTES**

---

**SCHEDULING/STATUS CONFERENCE**
**Court in session: 10:31 a.m.**
Court calls case.  Appearances of counsel. All parties appear by VTC.

Discussion held on status of case and setting out a document production schedule moving forward.

**ORDERED:**   The Defendant's production deadline is set for **September 15, 2026**.

The parties shall file a Joint Status Report by **September 15, 2026**. If the parties believe a briefing schedule is necessary, they shall provide a proposed briefing scheduling in the joint status report.

Hearing concluded.
**Court in recess:     10:42 a.m.**
Total time in court:     00:11

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303)-815-0487 or scheduling@pattersontranscription.com.