UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SOPHIA CORNELL,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>*Defendant.* | Case No. 26-cv-1891 |

**JOINT STATUS REPORT**

Plaintiff Sophia Cornell and Defendant U.S. Customs and Border Protection ("Defendant"), by and through counsel, respectfully submit this Joint Status Report pursuant to this Court's August 3, 2026, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case concerning Plaintiff's FOIA request seeking records related to a shooting by Border Patrol Agent Jason Dattilo on June 16, 2021, in Nogales, Arizona.

2. Plaintiff filed a complaint on May 1, 2026. Plaintiff agreed to Defendant's request to extend Defendant's deadline to answer from June 11, 2026, to July 2, 2026. Defendant answered on July 2, 2026.

3. This Court held a scheduling/status conference with the parties on August 3, 2026. During the status conference, the Court ordered and set the Defendant's production deadline for September 15, 2026.

4. On August 25, 2026, counsel for the government informed Plaintiff's counsel by email that the entire universe of records responsive to Plaintiff's FOIA request was approximately 350 pages and over 3 hours of video.

5. On September 15, 2026, counsel for the government informed Plaintiff's counsel that the total responsive universe of records consists of 353 pages of records and six video files with a total video runtime of 3 hours, 21 minutes, and 41 seconds (3:21:41).

6. On September 15, 2026, CBP produced 53 minutes of video to Plaintiff. CBP did not produce document records on this date.

7. CBP anticipates finalizing the processing and production of all remaining video files and all pages of records on or before October 30, 2026.

8. The Parties respectfully ask that the Court set a deadline of November 11, 2026, for them to submit a Joint Status Report with an update regarding the production, any outstanding issues, and a proposed

briefing schedule for their respective motions for summary judgment if the parties have determined that dispositive motions are necessary.

Dated: September 15, 2026

Respectfully submitted,

By: /s/ *Emily Burns*

Emily Burns
The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
(518) 423-8227
emily@themelolawfirm.com
Counsel for Plaintiff

By: /s/ *Winnie D. Wu*

Winnie D. Wu
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Winnie.Wu@usdoj.gov
Counsel for Defendant