IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01891-DDD-KAS

SOPHIA CORNELL,

Plaintiff,

v.

CUSTOMS AND BORDER PROTECTION,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the parties' **Joint Status Report** [#22].

IT IS HEREBY **ORDERED** that the parties shall file a further Joint Status Report no later than **November 12, 2026**, concerning the status of document production, any outstanding issues, and a proposed briefing schedule should the parties deem dispositive motion practice necessary.

Dated: September 17, 2026