UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SOPHIA CORNELL,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>*Defendant.* | Case No. 26-cv-1891 |

**JOINT STATUS REPORT**

Plaintiff Sophia Cornell and Defendant U.S. Customs and Border Protection ("Defendant"), by and through counsel, respectfully submit this Joint Status Report pursuant to this Court's September 17, 2026, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case concerning Plaintiff's FOIA request seeking records related to a shooting by Border Patrol Agent Jason Dattilo on June 16, 2021, in Nogales, Arizona.

2. Plaintiff filed a complaint on May 1, 2026. Plaintiff agreed to Defendant's request to extend Defendant's deadline to answer from June 11, 2026, to July 2, 2026. Defendant answered on July 2, 2026.

3. This Court held a scheduling/status conference with the parties on August 3, 2026. During the status conference, the Court ordered and set the Defendant's production deadline for September 15, 2026.

4. On August 25, 2026, counsel for the government informed Plaintiff's counsel by email that the entire universe of records responsive to Plaintiff's FOIA request was approximately 350 pages and over 3 hours of video.

5. On September 15, 2026, counsel for the government informed Plaintiff's counsel that the total responsive universe of records consists of 353 pages of records and six video files with a total video runtime of 3 hours, 21 minutes, and 41 seconds (3:21:41).

6. On September 15, 2026, CBP produced 53 minutes of video to Plaintiff. CBP did not produce document records on this date.

7. On Friday, October 30, 2026, CBP completed production of 297 pages of records and five audio/video files totaling 2 hours, 28 minutes, and 34 seconds (2:28:34).

8. After Plaintiff's review of the productions, the Parties request additional time to confer in good faith to attempt to resolve any outstanding issues. The Parties also request that the Court set a deadline of December 21, 2026, for the Parties to submit another Joint Status Report regarding the status of conferrals and, if necessary, submit a proposed briefing schedule for dispositive motions.

Dated: November 12, 2026

Respectfully submitted,

By: /s/ *Emily Burns*

Emily Burns
The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616

PETER MCNEILLY
United States Attorney

By: /s/ Winnie D. Wu

***Winnie D. Wu***
Assistant United States Attorney
1801 California Street, Suite 1600

(518) 423-8227
emily@themelolawfirm.com
Counsel for Plaintiff

Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Winnie.Wu@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*s/ Winnie D. Wu*
U.S. Attorney's Office